WR-81,346-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/5/2015 5:33:17 PM
Accepted 2/6/2015 9:21:23 AM
ABEL ACOSTA
CLERK

**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law @RECEIVEDom
www.TexasCriminalAppealsLawyer.com COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
2/6/2015
ABEL ACOSTA, CLERK

February 5, 2015

Gayle Henderson
District Clerk
400 S. Nelson
Fort Stockton, TX
79735-7132

Re: Ex parte Ernest Villanueva, No. P-2664-83-CR, in the 83rd
District Court of Pecos County and WR-81,346-01 in the Texas Court
of Criminal Appeals

Dear Clerk Henderson:

Pursuant to TEX. R. APP. P. 34.5(c)(1), this letter will serve as my official
request for you to prepare and file a supplemental Clerk's Record in the above-
styled and numbered cause. The Clerk's Record previously filed does not contain
a copy of the affidavit of trial counsel, H. Thomas Hirsch, filed in Pecos County on
August 12, 2014. Please forward the supplement to the Court of Criminal Appeals
in Austin and send a copy to me as well.

Thank you for your attention to this matter.

Sincerely,

/s/Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

cc: Court of Criminal Appeals
Rod Ponton

WR-81,346-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/5/2015 5:09:10 PM
Accepted 2/6/2015 9:21:09 AM
ABEL ACOSTA
CLERK

## IN THE TEXAS COURT OF CRIMINAL APPEALS

EX PARTE § 

ERNEST VILLANUEVA §

§

### APPLICANT'S MOTION TO HOLD APPLICATION PENDING THE FILING OF OBJECTIONS TO THE TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

Comes now, Ernest Villanueva, applicant in the above cause and would show the Court the following:

**I.**

Applicant filed an application for writ of habeas corpus under TEX. CRIM. PROC. CODE art. 11.07 challenging his final felony conviction for aggravated sexual assault in cause number P-2664-83-CR in the 83rd District Court of Pecos County.

**II.**

The application was transmitted to this Court on May 8, 2014, and assigned cause number WR-81,346-01. On June 25, 2014, the matter was remanded to the trial court for further development of applicant's assertion he was denied the

1



effective assistance of counsel at trial. The trial court was additionally ordered to enter findings of fact and conclusions of law.

## III.

On January 8, 2015, the trial court entered finding of fact and conclusions of law recommending the relief sought be denied. Those findings and conclusions were forwarded to the Court in a supplemental transcript dated January 30, 2015. Undersigned received a copy of the supplement on February 4, 2015.

## IV.

Applicant intends to file objections to the trial court's findings and conclusions in the convicting court within the next 60 days. Applicant additionally intends to seek supplementation of the record with a copy of trial counsel's affidavit upon which the trial court relied.

## V.

Applicant requests the instant application be held and no decision made on the application pending the filing of objections and supplementation of the record. Applicant will file his objections and seek supplementation within 60 days, on or before, April 6, 2015.

2

## Prayer

Wherefore, premises considered, applicant prays the instant motion be granted and he be afforded 60 days in which to file his objections to the trial court's findings and conclusions.

Respectfully submitted,
/s/ Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Avenue, Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594 (fax)
Wetzel_law@1411west.com

Attorney for Applicant
Ernest Villanueva

## Certificate of Service

This is to certify a true and correct copy of the foregoing pleading was mailed to counsel for the State, Rod Ponton, 400 S. Nelson St., Fort Stockton, Texas, 79735, on this the 5th day of February, 2015.

/s/ Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

3